IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Civil No. 1:25CV399 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| 242,406.102 USDT in funds from Tether Ltd. virtual currency address ending in F544, | : | |
| | : | |
| 235,680.00 USDT in funds from Tether Ltd. virtual currency address ending in 5ad0, | : | |
| | : | |
| 223,743.002 USDT in funds from Tether Ltd. virtual currency address ending in 48D4, | : | |
| | : | |
| and | : | |
| | : | |
| 220,000.00 USDT in funds from Tether Ltd. virtual currency address ending in 6cfC, | : | |
| Defendants. | : | |

## WARRANT FOR ARREST AND NOTICE IN REM

TO: THE UNITED STATES MARSHALS SERVICE AND/OR
OTHER AUTHORIZED FEDERAL LAW ENFORCEMENT AGENT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

WHEREAS, a Verified Complaint of Forfeiture <u>In</u> <u>Rem</u> was filed in the Middle District Court of the United States on the 20th day of May, 2025, by the Acting United States Attorney for the Middle District of North Carolina, against the defendant properties described therein, and for the reasons and causes mentioned in said Complaint;

WHEREAS, based upon the Application for Issuance of a Warrant for Arrest and the Declaration in support thereof, there is probable cause to believe the defendant

properties are subject to forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(A) and (C).

NOW, THEREFORE, for the reasons and causes mentioned in said Complaint, and praying that the usual process of the Court be had, and that all persons asserting an interest in or right against the defendant properties may be cited to appear and answer all the matters therein propounded, and that this Court will order and decree the condemnation and forfeiture of the said properties and will order the disposition of said properties;

YOU ARE, THEREFORE, COMMANDED to arrest, attach, and seize the defendant properties, as more particularly described in the Complaint, and maintain them in your custody until further order of this Court respecting the same, and to give due notice as provided in Rule G(4) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims by publication and by sending notice of the pending forfeiture to all persons who reasonably appear to have an interest in or right against the properties; that they must file a verified statement identifying the interest or right with the Clerk of this Court not later than thirty-five (35) days after the notice is sent; or if notice was published but direct notice was not sent to the claimant or the claimant's attorney, a claim must be filed no later than thirty (30) days after final publication of newspaper notice or legal notice or no later than sixty (60) days after the first day of publication on an official internet government forfeiture site, or within the time that the Court allows, provided any request for an extension of time from the Court is made prior to the expiration of time within which

the person must file such verified claim; and must serve their answer within twenty-one (21) days after the filing of their claim, to the Clerk of United States District Court, 324 W. Market Street, Greensboro, North Carolina, 27401; and that they serve a copy of any verified statement they make, or any pleadings they may file, upon the United States Attorney for the Middle District of North Carolina, Asset Forfeiture Division, 101 S. Edgeworth Street, 4th Floor, Greensboro, North Carolina 27401; and that you promptly after execution of this process file the same with this Court with your return thereon.

This the _____ day of _____, 2025.

_____
UNITED STATES MAGISTRATE JUDGE